IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | | |
|---|---|---|
| MIN FENG SHI a/k/a MEI FANG XU<br>a/k/a MEI FENG SU<br>Plaintiff | ) | |
| V. | ) | **Case No. 2:26-cv-7309** |
| MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security | ) | |
| and | ) | |
| JOSEPH EDLOW, Director,<br>U.S. Citizenship and Immigration Services | ) | |
| and | ) | |
| ANGELA KLAPAKIS, Director,<br>Philadelphia Field Office<br>U.S. Citizenship and Immigration Services | ) | |
| and | ) | |
| DAVID METCALF, U.S. Attorney,<br>Eastern District of Pennsylvania | ) | |
| and | ) | |
| TODD BLANCHE, Attorney General<br>of the United States<br>Defendants | ) | |

# PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND MANDAMUS RELIEF

The plaintiff, Min Feng Shi a/k/a Mei Fang Xu a/k/a Mei Feng Su, by and through undersigned counsel, files this Complaint against the defendants seeking an order pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §555(b), §706(1), and §706(2), and the Mandamus and Venue Act ("Mandamus Act"), 28 U.S.C. §1361,

compelling the defendants to adjudicate the plaintiff's Form I-485 ("Form I-485"), Application to Register Permanent Residence or Adjust Status, which has been unreasonably delayed since March 6, 2024.

**INTRODUCTION**

1. The plaintiff is the beneficiary of an immediate relative petition filed by her U.S. citizen son. The Form I-130, Petition for Alien Relative ("Form I-130") was approved in 2020[1]. The plaintiff's removal proceedings were administratively closed on January 31, 2024. She then filed a Form I-485[2] with USCIS and appeared for an interview on October 24, 2024, at the Philadelphia USCIS Field Office

2. To date, the plaintiff's Form I-485 remains pending within the jurisdiction of the defendants, who have failed and refused to adjudicate the application in accordance with federal law. Multiple status inquiries submitted to USCIS have been unsuccessful.

3. As a direct result of the defendants' failure to act, the plaintiff has been denied the rights, benefits, and statutory privileges accorded to lawful permanent residents of the United States.

**JURISDICTION AND VENUE**

5. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §1331 (federal question) as this action arises under the APA, 5 U.S.C. §701 *et seq*., and the Mandamus Act, 28 U.S.C. §1361.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391(e)(1)(C) because the defendants are officers or employees of the United States acting in their official

---

[1] Attached as Exhibit "A" is the Form I-130 approval notice.
[2] Attached as Exhibit "B" is the receipt notice for plaintiff's Form I-485.

capacities, no real property is involved, and the plaintiff resides at 259 Thomas Drive, King of Prussia, Pennsylvania 19406, within the Eastern District of Pennsylvania.

**PARTIES**

7. The plaintiff is a citizen of the People's Republic of China and a continuous resident of Pennsylvania for more than 20 years. Since entering the United States, the plaintiff has resided exclusively within the United States.

8. The defendant, Markwayne Mullen, is sued in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"). In this capacity, Secretary Mullin is charged with the administration and enforcement of the Immigration and Nationality Act ("INA") pursuant to 8 U.S.C. §1103(a).

9. The defendant, Joseph Edlow, is sued in his official capacity as Director of USCIS. Director Edlow is charged with overseeing the administration of immigration benefits and the adjudication of applications, including Form I-485.

10. The defendant, Angela Klapaksi, is sued in her official capacity as Director of the USCIS Philadelphia Field Office. Director Klapakis holds delegated authority to control USCIS operations within the Philadelphia District, including the final adjudication of Form I-485 applications filed by area residents.

11. The defendant, David Metcalf, is sued in his official capacity as the United States Attorney for the Eastern District of Pennsylvania. In this capacity, U.S. Attorney Metcalf is charged with determining questions of law under the INA pursuant to 8 U.S.C. §1103(a)(1) and representing the United States in Eastern District of Pennsylvania litigation.

12. The defendant, Todd Blanche, is sued in his official capacity as Attorney General of the United States. In this capacity, the Attorney General is charged with

determining questions of law under the INA pursuant to 8 U.S.C. §1103(a)(1) and representing the United States in litigation.

## FACTUAL BACKGROUND

12. The plaintiff has an approved Form I-130 petition, and she filed a Form I-485 application after her removal proceedings were administratively closed, as permitted by regulation.

13. On March 6, 2024, the plaintiff filed USCIS Form I-485 seeking to become a lawful permanent resident of the United States. She was scheduled for an interview at the USCIS Philadelphia Field Office and appeared in person on October 24, 2024

14. The plaintiff has completed all required processing steps, including submitting biometrics and providing sufficient documentary evidence to establish *prima facie* eligibility for permanent residence. USCIS retains all information necessary to complete the adjudication.

15. Despite the plaintiff's complete submissions, the defendants have failed to schedule an interview at the USCIS Philadelphia Field Office or issue a final decision on the application.

16. Neither the APA nor the Mandamus Act requires exhaustion of administrative remedies prior to initiating judicial review. Nevertheless, the plaintiff has repeatedly attempted to resolve this delay administratively by placing formal status inquiries with USCIS on at least two separate occasions.

17. To date, the defendants have taken no definitive action, leaving the plaintiff's Form I-485 pending for an unreasonable period well beyond standard processing times.

**COUNT I**
**VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT**
**(5 U.S.C. §§555(b), 706(1), and 706(2))**

18. The plaintiff incorporates by reference the above paragraphs 1 through 17 as though fully set forth herein.

19. Under the APA, federal administrative agencies are required to conclude matters presented to them "within a reasonable time." 5 U.S.C. §555(b).

20. The APA empowers reviewing courts to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

21. The APA further authorizes courts to hold unlawful and set aside agency action that is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. 5 U.S.C. §706(2)(A). An agency's "failure to act" constitutes reviewable agency action under 5 U.S.C. §551(13).

22. The defendants' failure to adjudicate the plaintiff's Form I-485 since March 6, 2024—a period exceeding normal processing parameters—constitutes an unreasonable delay and action unlawfully withheld under the APA.

23. The defendants' inaction is arbitrary, capricious, and an abuse of discretion, entitling the plaintiff to judicial relief under 5 U.S.C. §706.

**COUNT II**
**MANDAMUS ACT**
**(28 U.S.C. §1361)**

24. The plaintiff incorporates by reference the above paragraphs 1 through 23 as though fully set forth herein.

25. The Mandamus Act, 28 U.S.C. §1361, grants district courts original jurisdiction over any action in the nature of mandamus to compel an officer or employee of the United States or an agency thereof to perform a duty owed to the plaintiff.

26. The defendants owe the plaintiff a nondiscretionary statutory duty under the INA and its implementing regulations to adjudicate his Form I-485 within a reasonable timeframe.

27. The plaintiff has a clear right to the adjudication of his application, the defendants have a clear duty to act, and the plaintiff has no other adequate alternative legal remedy available.

28. The defendants' continued inaction and refusal to adjudicate the application warrant an order of mandamus compelling the defendants to process and render a decision on the plaintiff's Form I-485 immediately.

## PRAYER FOR RELIEF

**WHEREFORE**, the plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the defendants as follows:

(a) Declare that the defendants' failure to adjudicate the plaintiff's Form I-485 within a reasonable time constitutes an unreasonable delay under 5 U.S.C. §555(b) and agency action unlawfully withheld under 5 U.S.C. §706(1);

(b) Issue a Writ of Mandamus or permanent injunction directing the defendants to complete all processing and render a final adjudication on the plaintiff's Form I-485 within thirty (30) days of the Court's order;

(c) Award the plaintiff reasonable attorneys' fees and costs incurred in bringing this action pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, or other applicable authority; and,

(d) Grant such other and further relief as the Court deems just, equitable, and proper.

Respectfully submitted,

THE HENRY LAW FIRM
By: Todd Edward Henry, Esquire
1500 Walnut Street, Suite 1060
Philadelphia, PA 19102
(215) 545-7100 (office)
(215) 545-6611 (fax)
dlombardo@thehenryfirm.biz
Attorney for Plaintiff

DATE: September 1, 2026

**LIST OF EXHIBITS**

Exhibit A Approval Notice of Form I-130,
Petition for Alien Relative

Exhibit B Receipt Notice for Form I-485,
Application to Register Permanent Residence or Adjust Status

THE UNITED STATES OF AMERICA

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | | |
|---|---|---|
| Receipt Number<br>MSC1891000261 | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE |
| Received Date<br>04/25/2018 | Priority Date<br>04/25/2018 | Petitioner A077 297 891<br>XU, CHANGZHENG |
| Notice Date<br>03/12/2020 | Page<br>1 of 1 | Beneficiary A077 297 889<br>SHI, MINFENG |

CHANGZHENG XU
569 CHARLES DR
KNG OF PRUSSA PA 19406

**Notice Type:** Approval Notice
Section: Parent of U.S. Citizen, 201(b) INA

The above petition has been approved. The beneficiary of this petition will be notified separately when a decision is reached on his or her pending adjustment of status application.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

# EXHIBIT "A"

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**

| Receipt Number | USCIS Online Account Number | Case Type |
| --- | --- | --- |
| IOE0924622962 | 096673295994 | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| Received Date 03/01/2024 | Priority Date 03/01/2024 | Applicant A077 297 889 SHI, MINFENG |
| Notice Date 03/06/2024 | Page 1 of 1 | |

SHI, MINFENG
~~569 CHARLES DR~~
KING OF ~~PRUSSIA PA~~ 19406

259 Thomas Dr.
King of Prussia
PA, 19406

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** FD1B7-6BD7-85B74

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Attorney: Rollyn Kenney

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

# EXHIBIT "B"

**USCIS Contact Center: www.uscis.gov/contactcenter**