IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | |
|---|---|
| MIN FENG SHI a/k/a MEI FANG XU a/k/a MEI FENG SU, Plaintiff ) | |
| V. ) | **Case No. 2:26-cv-7309** |
| MARKWAYNE MULLIN, JOSEPH EDLOW, ANGELA KLAPAKIS, DAVID METCALF and TODD BLANCHE, Defendants ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The plaintiff, Min Feng Shi a/k/a Mei Fang Xu a/k/a Mei Feng Su, through counsel, Todd Edward Henry, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ Todd E. Henry

THE HENRY LAW FIRM
By: Todd Edward Henry, Esquire
1500 Walnut Street, Suite 1060
Philadelphia, PA 19102
(215) 545-7100 (office)
(215) 545-6611 (fax)
dlombardo@thehenryfirm.biz
Attorney for Plaintiff

Date: November 17, 2026

Date: November 17, 2026

/s/ John Milton Younge
John Milton Younge, Judge